UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,         )
                                  )
        v.                        )        Criminal No. 05-10021-NMG
                                  )
SHIH-MING SHIUE and               )
I-HWA SHIUE,                      )
                                  )
        Defendants.               )

## NOTICE OF APPEARANCE

I hereby give notice of my appearance as counsel for the
United States of America in the above-captioned matter.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

        By:

                    HEIDI E. BRIEGER
                    Assistant U.S. Attorney
                    United States Courthouse
                    1 Courthouse Way, Suite 9200
                    Boston, MA   02210
                    (617) 748-3239