UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>                    Plaintiff,             )<br>                                                          )<br>        v.                                             )<br>                                                          )<br>SHIH-MING SHIUE and              )<br>I-HWA SHIUE                              )<br>                    Defendants.       )<br>_____) | CIVIL ACTION NO. 05-10021-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Geoffrey E. Hobart of the law firm of Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts 02116, as attorney for Defendant Shih-Ming Shiue in the above-captioned case.

                                                    Respectfully submitted.

                                                    SHIH-MING SHIUE

                                                    By his attorney,

                                                    s/ Geoffrey E. Hobart
                                                    Geoffrey E. Hobart, BBO# 547499
                                                    HOLLAND & KNIGHT LLP
                                                    10 St. James Avenue
                                                    Boston, Massachusetts  02116
                                                    Tel:  617 523-2700
                                                    Fax:  617 523-6850

Dated:  March 10, 2005

## CERTIFICATE OF SERVICE

     I, Geoffrey E. Hobart, hereby certify that a true copy of our Notice of Appearance was sent to counsel listed below by First Class U.S. mail on March 10, 2005.

Assistant U.S. Attorney Heidi E. Brieger
United States Attorney's Office, District of Massachusetts
John Joseph Moakley U.S. Courthouse, Ste. 9200
One Courthouse Way, Boston, MA 02210

Joseph F. Savage, Jr., Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109-2881

                                                    s/ Geoffrey E. Hobart
                                                    Geoffrey E. Hobart

Dated:  March 10, 2005

# 2674628_v1