UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>SHIH-MING SHIUE and )<br>I-HWA SHIUE, )<br>)<br>Defendants. ) | Criminal No. 05-10021-NMG |

### JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY

Pursuant to Title 18, United States Code, Section 3161, and Rule 112.2 of the Local Rules of the United States District Court, the parties hereby move that the Court enter an Order of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the time from March 1, 2005 (the date of Judge Gorton's Referral), through and including May 24, 2005 (the date for the next status conference before Judge Gorton). The ends of justice are best served by this exclusion of time because the parties are negotiating plea agreements in this matter.

Accordingly, the parties respectfully request that their motion be allowed, and that the Court enter an Order of Excludable Delay, excluding from its calculation of the time within which the trial of this matter must commence the above the

above time period, as set forth in the accompanying proposed Order.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:      /s/ Heidi E. Brieger
             HEIDI E. BRIEGER
             Assistant U.S. Attorney


             SHIH-MING SHIUE
             By his attorney,

By:      /s/ Geoffrey E. Hobart
             GEOFFREY E. HOBART
             Counsel for Shih-Ming Shiue


             I-HWA SHIUE
             By her attorneys,

By:      /s/ Joseph F. Savage, Jr.
             JOSEPH F. SAVAGE, JR.
             LAURA M. STOCK
             Counsel for I-Hwa Shiue

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.   ) | Criminal No. 05-10021-NMG |
| ) | |
| SHIH-MING SHIUE and   ) | |
| I-HWA SHIUE,   ) | |
| ) | |
| Defendants.   ) | |

ORDER OF EXCLUDABLE DELAY

In accordance with Title 18, United States Code, Section 3161, and Rule 112.2 of the Local Rules of the United States District Court, this Court hereby ORDERS that the following time be excluded from the calculation of the time within which the trial of this matter must commence:

The time from March 1, 2005, through and including May 24, 2005, which is the time set for the next status conference before Judge Gorton. The ends of justice are best served by this exclusion of time because this is the time period in light of the parties' ongoing plea negotiations.

SO ORDERED.

                                                                        _____
                                                                         MARIANNE B. BOWLER
                                                                         UNITED STATES MAGISTRATE JUDGE

Dated: _____