UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHIH-MING SHIUE and<br>I-HWA SHIUE | 05-CR-10021-NMG |

## JOINT MOTION TO CONTINUE CHANGE OF PLEA HEARING

Defendants I-Hwa Shiue and Shih-Ming Shiue (collectively, "Defendants"), by their counsel, hereby jointly move this Honorable Court to continue the Change of Plea Hearing in the above-captioned matter, currently scheduled for May 24, 2005.

As grounds for this motion, Defendants state that they require additional time because the ultimate terms of the plea agreement have not been completely resolved.

Counsel has conferred with Assistant United States Attorney Heidi E. Brieger who, on behalf of the government, has assented to the relief requested by this motion.

Respectfully submitted,

I-Hwa Shiue

By her attorneys,

/s/ Laura M. Stock
Joseph F. Savage, Jr. (BBO #443030)
Laura M. Stock (BBO #652276)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Tel: 617.570.1000
Fax: 617.523.1231

Shih-Ming Shiue

By his attorneys,

/s/ Geoffrey E. Hobart (LMS)
Geoffrey E. Hobart (BBO #547499)
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202. 662.6000
Fax: 202.662.6291

Dated: May 20, 2005
LIBA/1549535.1

2