UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )
                                   )
            v.                     )    Criminal No. 05-10021-NMG
                                   )
SHIH-MING SHIUE and                )
I-HWA SHIUE,                       )
                                   )
            Defendants.            )

### JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY

Pursuant to Title 18, United States Code, Section 3161, and Rule 112.2 of the Local Rules of the United States District Court, the parties hereby move that the Court enter an Order of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the time from June 29, 2005 (the date of the scheduled Rule 11 hearing), through and including September 15, 2005 (the date for the next scheduled conference). The ends of justice are best served by this exclusion of time because the parties are continuing to negotiate plea agreements in this matter.

Accordingly, the parties respectfully request that their motion be allowed, and that the Court enter an Order of Excludable Delay, excluding from its calculation of the time within which the trial of this matter must commence the above the

above time period, as set forth in the accompanying proposed
Order.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

HEIDI E. BRIEGER
Assistant U.S. Attorney

SHIH-MING SHIUE
By his attorney,

By:

GEOFFREY E. HOBART
Counsel for Shih-Ming Shiue

I-HWA SHIUE
By her attorneys,

By:

JOSEPH F. SAVAGE, JR.
LAURA M. STOCK
Counsel for I-Hwa Shiue

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )
                                   )
            v.                     )    Criminal No. 05-10021-NMG
                                   )
SHIH-MING SHIUE and                )
I-HWA SHIUE,                       )
                                   )
            Defendants.            )

## ORDER OF EXCLUDABLE DELAY

In accordance with Title 18, United States Code, Section 3161, and Rule 112.2 of the Local Rules of the United States District Court, this Court hereby ORDERS that the following time be excluded from the calculation of the time within which the trial of this matter must commence:

The time from June 29, 2005, through and including September 15, 2005, which is the time set for the next conference before Judge Gorton.  The ends of justice are best served by this exclusion of time because this is the time period in light of the parties' ongoing plea negotiations.

SO ORDERED.


                              _____
                              NATHANIEL M. GORTON
                              UNITED STATES DISTRICT JUDGE

Dated:   _____