

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

FILED
IN CLERKS OFFICE

2006 JUN 19 P 3: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR-05-10021-NMG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Shih-Ming Shiue (Defendant) | PRELIMINARY ORDER OF FORFEITURE AND MONEY JUDGMENT |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
Geoffrey E. Hobart, Esquire., Covington & Burling.,

Address (Street or RFD / Apt. # / City, State, and Zip Code)
1201 Pennsylvania Avenue, NW., Washington DC 20004-2401

Send NOTICE OF SERVICE copy to Requester:

KRISTINA E. BARCLAY
ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve copies of the attached Preliminary Order of Forfeiture and Money Judgment upon the above-referenced individual via certified mail, return receipt requested.

JLJ xt 3297

Signature of Attorney or other Originator requesting service on behalf of  [X] Plaintiff  [ ] Defendant
Kristina E. Barclay, Assistant U.S. Attorney

Telephone No. (617) 748-3100

Date Mar 13, 2006

SIGNATURE OF PERSON ACCEPTING PROCESS:   Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service    Time of Service    [ ] AM  [ ] PM

Please See Remarks below

Signature, Title and Treasury Agency
Stephen P. Leonard, Forfeitures Officer
U.S. Customs and Border Protection

6/15/2006

**REMARKS:**

Copy of Preliminary Order* was served as directed above by certified mail number 7001 2510 0003 4299 6324. Copy of Postal receipt attached indicating mailing on April 28, 2006. (However, receipt is not signed.) Copy of Postal on-line delivery notice attached showing delivery on May 01, 2006.

TD F 90-22.48 (6/96)

* Preliminary Order of Forfeiture and Money Judgment — SPL

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY

