

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

FILED
IN CLERKS OFFICE
2006 JUN 19 P 3:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR-05-10021-NMG |
| DEFENDANT | TYPE OF PROCESS |
| Shih-Ming Shiue (Defendant) | PRELIMINARY ORDER OF FORFEITURE AND MONEY JUDGMENT |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
Shih-Ming Shiue

Address (Street or RFD / Apt. # / City, State, and Zip Code)
41 Fairbanks Road, Lexington, MA 02421

Send NOTICE OF SERVICE copy to Requester:

KRISTINA E. BARCLAY
ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number Of Process To Be Served In This Case.
Number Of Parties To Be Served In This Case.
Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve copies of the attached Preliminary Order of Forfeiture and Money Judgment upon the above-referenced individual via certified mail, return receipt requested.

JLJ xt 3297

Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff  [ ] Defendant
Kristina E. Barclay, Assistant U.S. Attorney
Telephone No. (617) 748-3100
Date Mar 13, 2006

SIGNATURE OF PERSON ACCEPTING PROCESS:    Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:    [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)    Date of Service    Time of Service    [ ] AM  [ ] PM
Please see Remarks

Signature, Title and Treasury Agency
Stephen P. Leonard, Forfeitures Officer  6/15/2006

**REMARKS:** * U.S. Customs and Border Protection
A copy of the Preliminary Order was served as directed above by certified mail number 7001 2510 0003 4299 6461. A copy of that receipt is attached showing receipt. The copy was mailed on April 28, 2006. Receipt was received at Customs office on May 2, 2006. Copy of Postal on-line delivery notice attached, showing delivery on April 29, 2006.

TD F 90-22.48 (6/96)

* Preliminary Order of Forfeiture and Money Judgment -SPL
[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY



USPS - Track & Confirm                                                                                     Page 1 of 1



Home | Help

Track & Confirm

## Track & Confirm

**Search Results**

Label/Receipt Number: **7001 2510 0003 4299 6461**
Status: **Delivered**

Your item was delivered at 11:11 am on April 29, 2006 in LEXINGTON, MA 02421.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

POSTAL INSPECTORS         site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                    6/15/2006