

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

FILED
IN CLERKS OFFICE
2006 JUN 19 P 3: 05
U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR-05-10021-NMG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Shih-Ming Shiue (Defendant) | PRELIMINARY ORDER OF FORFEITURE AND MONEY JUDGMENT |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
Town Assessor, Town of Lexington

Address (Street or RFD / Apt. # / City, State, and Zip Code)
1625 Massachusetts Avenue, Lexington, MA 02420

Send NOTICE OF SERVICE copy to Requester:

KRISTINA E. BARCLAY
ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve a copy of the attached Preliminary Order of Forfeiture upon the above-referenced entity via certified mail, return receipt requested.

JLJ xt 3297

| Signature of Attorney or other Originator requesting service on behalf of  [X] Plaintiff  [ ] Defendant | Telephone No. (617) 748-3100 | Date Mar 13, 2006 |
|---|---|---|
| Kristina E. Barclay, Assistant U.S. Attorney | | |

| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM [ ] PM |
|---|---|---|---|
| | Please see Remarks below | | |
| | Signature, Title and Treasury Agency | | 6/15/2006 |
| | Stephen P. Leonard, Forfeitures Officer | | |
| | U.S. Customs and Border Protection | | |

**REMARKS:**
A copy of the Preliminary Order was served as directed above by certified mail number 7001 2510 0003 4299 6447. Copy of Postal receipt attached showing receipt on May 01, 2006.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY

