```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )Criminal No. 05-10021-NMG
                            )
SHIH-MING SHIUE,            )
             Defendant.     )
```

### JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Heidi E. Brieger, and defendant Shih-Ming Shiue, by and through his attorney, Geoffrey E. Hobart, Esq., respectfully move the Court to continue Mr. Shiue's sentencing hearing from October 18, 2007 to November 7, 2007 or such other date as is convenient for the Court.  As grounds for this motion, the parties state as follows:

   1.   Mr. Shiue and the government have reached an agreement with respect to a resolution of the forfeiture allegations contained in the Indictment.  In order to finalize the required paperwork and transfer the necessary funds before sentencing, Mr. Shiue requires a short continuance.

   2.   In addition, counsel for Mr. Shiue now has a conflict on October 18, 2007 involving an engagement in North Carolina.

WHEREFORE, in order to finalize the parties agreement with

1

respect to the resolution of the forfeiture allegations and due to counsel's scheduling issues, the parties respectfully request that the Court continue Mr. Shiue's sentencing to November 7, 2007 or to another date convenient for the Court.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:
    /s/ Heidi E. Brieger
    HEIDI E. BRIEGER
    Assistant U.S. Attorney

    SHIH-MING SHIUE
    By his attorney,

By:
    /s/ Geoffrey E. Hobart
    GEOFFREY E. HOBART
    Covington & Burling LLP
    1201 Pennsylvania Avenue, N.W.
    Washington DC 20004
    (202) 662-5281
    Counsel for Shih-Ming Shiue

Dated: October 12, 2007