UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
)
v. ) CRIMINAL NO. 05-10021-NMG
)
SHIH-MING SHIUE, )
       Defendant. )

### ORDER VACATING
### PRELIMINARY ORDER OF FORFEITURE
### AND MONEY JUDGMENT (DOCUMENT NOS. 16 AND 17)

GORTON, D.J.,

The United States of America and the defendant Shih-Ming Shiue having petitioned this Court for an Order to vacate the February 13, 2006 Preliminary Order of Forfeiture (Document No. 16) and the February 13, 2006 Money Judgment (Document No. 17), it is hereby

ORDERED, ADJUDGED and DECREED that the Preliminary Order of Forfeiture and the Money Judgment, both endorsed on February 13, 2006, shall be vacated.

APPROVED AND SO ORDERED:

_____
NATHANIEL M. GORTON
United States District Judge

Date: Jan. 30    , 2008